J. Scott Koksal
Lindner & Marquez
505 N. 6th
Garden City, Kansas 67846
(620) 275-9193
scott@lmandk.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **JAYDEN JOHNSON** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-1192 |
| | ) | |
| | ) | |
| | ) | |
| **ABRAHAM PETERS** | ) | |
| | ) | |
| **Defendant** | ) | |

### CERTIFICATE OF SERVICE OF DEFENDANT'S RULE 26 DISCLOSURES

COMES NOW the Defendant, Abraham Peters, by and through counsel, and hereby certifies that on the 1ST DAY OF OCTOBER, 2020 his Rule 26 Disclosures were sent via electronic mail, to:

Assistant to Counsel for Plaintiff

Ginger.Schones@mcafeetaft.com

                                                                             */S/ J. Scott Koksal*
                                                                             **J. SCOTT KOKSAL #20914**
                                                                             **Attorney for Defendant**