# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAYDEN JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ABRAHAM PETERS,<br><br>    Defendant. | Case No. CIV-20-1192 |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Jayden Johnson, by and through counsel, certifies that on the 1st day of October, 2020, his Rule 26 Disclosures were sent via electronic mail to J. Scott Koksal (scott@lmandk.com), attorney for Defendant.

/s/Steven E. Ward
Steven E. Ward Kan. #17066
McAfee & Taft A Professional Corporation
4050 South Fairview Avenue
Springfield, Missouri 65807
Telephone: (417) 409-6090
Telecopier: (417) 409-6055
steve.ward@mcafeetaft.com
and
Jeff L. Todd, Esq. *Admitted Pro Hac Vice*
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma  73102
(405) 235-9621
(40) 235-0439 (fax)
jeff.todd@mcafeetaft.com
**ATTORNEYS FOR PLAINTIFF**