J. Scott Koksal                                               **Exhibit C**
Lindner & Marquez
505 N. 6th
Garden City, Kansas 67846
(620) 275-9193
scott@lmandk.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **JAYDEN JOHNSON** | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. CIV-20-1192 |
| | ) | |
| | ) | |
| | ) | |
| **ABRAHAM PETERS** | ) | |
| | ) | |
|     **Defendant** | ) | |

DEFENDANT'S RULE 26 INITIAL DISCLOSURES

I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT DEFENDANT'S CLAIMS:

Defendant's initial disclosure is made without benefit of any discovery and prior to Plaintiff's answers. Defendant reserves right to amend disclosures to add additional witnesses.

    A. Individuals associated with Defendant

        1. Abraham Peters
           contact through attorney J. Scott Koksal
           620-275-9193
           scott@lmandk.com
           Information includes: terms of sale and promises made, condition of vehicle

        2.     Billy Peters

        contact through attorney J. Scott Koksal
        620-275-9193
        scott@lmandk.com
        Information includes: terms of sale and promises made, condition of vehicle Information includes: knowledge of Plaintiff's initial presentation after the injury and overall medical condition

4. Johnny Lowen
   contact through attorney J. Scott Koksal
   620-275-9193
   scott@lmandk.com
   Information includes: terms of sale and promises made, condition of vehicle when sold to Defendant

5. All individuals identified by all other parties to this litigation in their respective discovery responses, written discovery or depositions, disclosures and document production.

6. All necessary foundation witnesses.

7. All necessary rebuttal witnesses.

8. All experts designated by the parties.

B. Individuals associated with Plaintiff

1. Jayden Johnson, Plaintiff
   c/o Jeff L. Todd
   McAfee & Taft A Professional Corporation 10th Fl., Two Leadership Square
   211 N. Robinson
   Oklahoma City, OK 73102
   405-235-9621

II. CATEGORIES AND LOCATIONS OF DOCUMENTS

Defendant's initial disclosure is made without benefit of any discovery and prior to Plaintiff's answers. Defendant reserves right to amend disclosures to add additional documents.

1. All text messages, direct messages, e-mails, or other electrical correspondence between parties
2. All posted social media notice(s), advertisements, offers of sale, or other informational documentation.
3. All deposition transcripts and exhibits.
4. All necessary rebuttal exhibits.
5. All individuals identified by all other parties to this litigation in their respective discovery responses, written discovery or depositions, disclosures and document production.
6. All necessary foundation witnesses.
7. All necessary rebuttal witnesses.
8. All experts designated by the parties.

III. COMPUTATION OF DAMAGES

n/a

Dated: October 1, 2020

/s/ J. Scott Koksal

_____

J. Scott Koksal
Attorney for Defendant