Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| JAYDEN JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ABRAHAM PETERS,<br><br>    Defendant. | Case No.  CIV-20-1192 |

### DECLARATION OF JAYDEN JOHNSON

Pursuant to 28 U.S.C. § 1746, Jayden Johnson declares:

1. I am the Plaintiff in the above-styled case.

2. In February 2020, Abraham Peters ("Peters") advertised a 2007 Peterbilt 379 truck (the "Truck") for sale on his son's facebook page and represented that it had a "completely rebuilt motor."



3. I saw Peters' advertisement and contacted him about the Truck.

4. I explained to Peters that I was going to use the Truck for the commercial transportation of livestock across the United States.

5. Peters told me that the Truck's engine had recently been rebuilt and had less than 150,000 miles on the rebuild.

6. I asked Peters for the paperwork on the rebuild and Peters promised that he would get me the receipts.

7. In reliance on Peters' representations, assurances and promises regarding the nature and condition of the Truck, I purchased the Truck from Peters by wiring him $58,000 and receiving in exchange the title to the Truck.

8. Shortly after I began operating the Truck, the Truck broke down and required substantial repairs. When these repairs were performed, I discovered that the Truck's engine had not been rebuilt.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed on the 7th day of February 2021.

_____
Jayden Johnson